# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. SIMON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN GULDEN, SARAH GULDEN, and DOES 1-10,<br><br>    Defendants. | Case No. EDCV 19-1162 JLS (SSx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

On June 24, 2019, Defendants Steven Gulden and Sarah Gulden, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and presented an application to proceed <u>in forma pauperis</u>. The Court has denied the IFP applications under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Riverside, 505 S. Buena Vista Avenue, Corona, California 92882, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 6/28/2019

/s/ JOSEPHINE L. STATON
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE